THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Suite 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Cameron@sehatlaw.com

Attorney for Plaintiff, Jazwan Orejel

**JS-6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZWAN OREJEL, individually, <br> Plaintiff, <br><br> v. <br><br> CITY OF IRVINE, a governmental entity; MATT JONES, individually; JAMES WRIGHT, individually; and DOES 2 through 10, <br><br> Defendants. | Case No. 8:18-cv-01027 JVS (JDEx) <br><br> ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

GOOD CAUSE APPEARING, based on the stipulation of the parties:

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: __September 5__, 2019

_____
Honorable James V. Selna
United States District Judge

1